JS-6

EMPLOYMENT LAWYERS GROUP
KARL GERBER, SBN: 166003
ERIC PALMER, SBN: 231207
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:  (818) 783 7300
Facsimile:   (818) 995 7159

Attorneys for Plaintiff,
ADRIENNE LAWSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE LAWSON, | ) CASE NO.: CV 15-2263-GW(JPRx) |
| Plaintiff, | ) *[Assigned to the Honorable George H. Wu]* |
| vs. | ) |
| CIRCLE K STORES, INC.; DOES 1 through 100, inclusive, | ) **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants | ) Trial Date:    March 1, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Stipulation filed by the parties' counsel in conformity with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby orders that the above captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: December 15, 2015        By: /s/ George H. Wu

                                                Hon. George H. Wu
                                                United States District Court
                                                State of California

## ADRIENNE LAWSON vs. CIRCLE K STORES, INC.
## CASE NUMBER 2:15-CV-02263-GW-JPR

### PROOF OF SERVICE
### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

I am employed in the City of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action.  My business address is 13418 Ventura Boulevard, Sherman Oaks, California 91423. On the below date I served the following documents:

**[PROPOSED[ ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

SEYFARTH SHAW, LLP
Candace Bertoldi
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
cbertoldi@seyfarth.com

Attorneys for Defendant, CIRCLE K STORES, INC.

Said documents were served in each of the following manners as indicated by an "(X)" before such mode of service:

(☐) BY U.S. MAIL I caused each such envelope with postage thereon fully prepaid, to be placed in the United States mail at Sherman Oaks, CA on December 15, 2015.  I am familiar with the practice of my employer for collection and processing of the correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited din the United States mail the same day as it is place for collection.

(☐) BY OVERNIGHT DELIVERY I caused such envelope to be delivered to the Federal Express Office with delivery fees fully prepaid for overnight delivery to the office(s) of the addressee(s).

(☐) BY FACSIMILE to the above-named person(s).  Upon completion of said facsimile transmission, the transmitting machine issues a transmission report

showing the transmission was complete and without error.

(☒) **BY ELECTRONIC SERVICE**, by delivering a copy of the documents(s) listed above to the persons on the attached service list at their respective electronic mail addresses.

(☐) STATE I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(☒) **FEDERAL** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 15, 2015, at Sherman Oaks, California.

*/s/Eric Palmer*
Eric Palmer